UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN COVARRUBIAS,<br><br>Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. 5:20-00164 CJC (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, the Report and Recommendation of United States Magistrate Judge, and Petitioners Objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections. The Court accepts the finding and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 19);

2. The Petition is denied, and this case is dismissed with prejudice;

3. Judgment is to be entered accordingly.

DATED: December 21, 2021

*[signature]*

THE HONORABLE CORMAC J. CARNEY
United States District Judge