JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN COVARRUBIAS, | Case No. 5:20-00164 CJC (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| W. L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety with prejudice.

DATED: December 21, 2021

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge